UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ASHOK BABU; et al.,

    Plaintiffs - Appellees,

 v.

KEENAN G. WILKINS, AKA Nerrah Brown,

    Objector - Appellant,

 v.

GREGORY J. AHERN, Sheriff; et al.,

    Defendants - Appellees,

 and

ANDRE GRIFFIN; et al.,

    Defendants.

No. 22-15275

D.C. No. 5:18-cv-07677-NC
U.S. District Court for Northern California, San Jose

**ORDER**

ASHOK BABU; et al.,

    Plaintiffs - Appellees,

 v.

No. 22-15355

D.C. No. 5:18-cv-07677-NC
U.S. District Court for Northern California, San Jose

TYLER ABBOTT; et al.,

    Objectors - Appellants,

v.

GREGORY J. AHERN, Sheriff; et al.,

    Defendants - Appellees,

and

ANDRE GRIFFIN; et al.,

    Defendants.

---

ASHOK BABU; et al.,

    Plaintiffs - Appellees,

v.

AMERICAN FRIENDS SERVICE COMMITTEE; et al.,

    Objectors - Appellants,

v.

GREGORY J. AHERN, Sheriff; et al.,

    Defendants - Appellees,

and

No. 22-15363

D.C. No. 5:18-cv-07677-NC
U.S. District Court for Northern California, San Jose

| | |
|---|---|
| ANDRE GRIFFIN; et al., | |
| Defendants. | |

| | |
|---|---|
| ASHOK BABU; et al., | No. 22-15579 |
| Plaintiffs - Appellees, | D.C. No. 5:18-cv-07677-NC |
| v. | U.S. District Court for Northern California, San Jose |
| REGINALD ROBERTSON, | |
| Objector - Appellant, | |
| v. | |
| GREGORY J. AHERN, Sheriff; et al., | |
| Defendants - Appellees, | |
| and | |
| ANDRE GRIFFIN; et al., | |
| Defendants. | |

The answering brief submitted by appellees County of Alameda, et al. on April 27, 2023 is filed.

Within 7 days of this order, appellees are ordered to file 6 copies of the brief in paper format with red covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted

electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT