UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 22-15275

**Case Name** Ashok Babu, et al v. Gregory Ahern, et al

**Hearing Location** (*city*) San Francisco

**Your Name** Adam W. Hofmann

List the sitting dates for the three sitting months you were asked to review:

August 14-18, 21-25
September 11-15
October 2-6, 16-20

Do you have an unresolvable conflict on any of the above dates? ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

August 14-18, 21-25 - Pre-planned travel out of the country.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

N/A

**Signature** s/Adam W. Hofmann  **Date** May 5, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**  *New 12/01/2018*

# PROOF OF SERVICE

*Ashok Babu et al v. Gregory Ahern et al.*
Ninth Circuit Court of Appeals - Case No. 22-15275

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 500 Capitol Mall, Suite 1500, Sacramento, CA 95814.

On May 5, 2023, I served true copies of the following document described as **FORM 32. RESPONSE TO NOTICE OF CASE BEING CONSIDERED FOR ORAL ARGUMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Hanson Bridgett LLP' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 5, 2023, at Sacramento, California.

Emily P. Griffing

## SERVICE LIST
### *Ashok Babu et al v. Gregory Ahern et al.*
### Ninth Circuit Court of Appeals - Case No. 22-15275

| | |
|---|---|
| Jeffrey L. Bornstein<br>Boersch & Illovsky, LLP<br>1611 Telegraph Avenue, Suite 806<br>Oakland, CA 94612<br>jeff@boersch-illovsky.com | Via ECF |
| Gregory Brian Thomas<br>Temitayo Peters<br>Burke Williams & Sorensen, LLP<br>1999 Harrison Street, Suite 1650<br>Oakland, CA 94612-3501<br>gthomas@bwslaw.com<br>tpeters@bwslaw.com | Via ECF |
| Lisa Ells<br>Ernest Galvan<br>Kara Jane Janssen<br>Amy Xu<br>Rosen Bien Galvan & Grunfeld, LLP<br>101 Mission Street, 6th Floor<br>San Francisco, CA 94105-1738<br>lells@rbgg.com<br>egalvan@rbgg.com<br>kjanssen@rbgg.com<br>axu@rbgg.com | Via ECF |
| Eric Craig Sapp<br>Kellie Walters<br>Legal Services for Prisoners With Children<br>4400 Market Street<br>Oakland, CA 94608<br>erics@prisonerswithchildren.org<br>kellie@prisonerswithchildren.org | Via ECF |

| | |
|---|---|
| Yolanda Huang<br>P.O. Box 5475<br>Berkeley, CA 94705<br>yolanda@yhuanglaw.com | Via ECF |
| Reginald Robertson, PFN: APM873<br>SANTA RITA COUNTY JAIL<br>5325 Broder Boulevard<br>Dublin, CA 94568 | Via US Mail |
| Keenan G. Wilkins, AN 2387<br>CHCF - CALIFORNIA HEALTH CARE FACILITY<br>P.O. Box 213040<br>Stockton, CA 95213 | Via US Mail |