UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 22-15275

**Case Name** Babu, et al. v Ahern, et al.

Hearing Location (*city*) San Francisco

Your Name Kellie Walters

List the sitting dates for the three sitting months you were asked to review:

August 14-18
September 11-15
October 2-6; October 16-20

Do you have an unresolvable conflict on any of the above dates? ⦿ Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

August 14-18

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Kellie Walters  **Date** 5/9/23

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**  *New 12/01/2018*