UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 15 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASHOK BABU; et al., | No. 22-15275 |
| Plaintiffs-Appellees, | D.C. No. 5:18-cv-07677-NC<br>Northern District of California,<br>San Jose |
| v. | |
| | ORDER |
| KEENAN G. WILKINS, AKA Nerrah Brown, | |
| Objector-Appellant, | |
| v. | |
| GREGORY J. AHERN, Sheriff; et al., | |
| Defendants-Appellees, | |
| and | |
| ANDRE GRIFFIN; et al., | |
| Defendants. | |
| ASHOK BABU; et al., | No. 22-15355 |
| Plaintiffs-Appellees, | D.C. No. 5:18-cv-07677-NC |
| v. | |
| TYLER ABBOTT; et al., | |

OSA107

Objectors-Appellants,

v.

GREGORY J. AHERN, Sheriff; et al.,

Defendants-Appellees,

and

ANDRE GRIFFIN; et al.,

Defendants.

---

| | |
|---|---|
| ASHOK BABU; et al., | No. 22-15363 |
| Plaintiffs-Appellees, | D.C. No. 5:18-cv-07677-NC |

v.

AMERICAN FRIENDS SERVICE COMMITTEE; et al.,

Objectors-Appellants,

v.

GREGORY J. AHERN, Sheriff; et al.,

Defendants-Appellees,

and

ANDRE GRIFFIN; et al.,

|  |  |
|---|---|
| Defendants. | |

| | |
|---|---|
| ASHOK BABU; et al.,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>REGINALD ROBERTSON,<br><br>        Objector-Appellant,<br><br>v.<br><br>GREGORY J. AHERN, Sheriff; et al.,<br><br>        Defendants-Appellees,<br><br>and<br><br>ANDRE GRIFFIN; et al.,<br><br>        Defendants. | No. 22-15579<br><br>D.C. No. 5:18-cv-07677-NC |

The unopposed motion (Docket Entry No. 68) for an extension of time to file the reply brief is granted.

The optional consolidated reply briefs are due July 21, 2023.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT