RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
JUN 02 2023
FILED
DOCKETED
DATE____ INITIAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 24. Motion for Appointment of Counsel

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form24instructions.pdf*

**9th Cir. Case Number(s)** | 22-15579 |

**Case Name** | Babu, et. al. (Plaintiffs-Appellees) v. Robertson (Objector-Appellant) |

**Lower Court or Agency Case Number** | 18-CV-07677 NC, N.D. Ct. |

1. My name is | Reginald Robertson - Objector/Appellant |
2. I am asking the court to appoint an attorney to help me with this case.
3. My fee status is as follows *(select one)*:

   ● The district court or <u>this court</u> granted my motion to proceed in forma pauperis.

   ○ I filed a motion to proceed in forma pauperis but the court has not yet ruled on the motion.

   ○ This motion is accompanied by a motion to proceed in forma pauperis.

   ○ I paid the filing fees for this case. However, I cannot afford an attorney for the following reasons:

   | N/A. |

4. Is this a civil appeal or petition for review?  ● Yes  ○ No

   If yes, attach an additional page(s) describing the issues on appeal.

   Consent Decree approval by District Court.

My current mailing address

| R. Robertson - APM873, 5325 Broder Blvd. |
City | Dublin, | State | CA | Zip Code | 94568-3309 |

Prisoner Inmate or A Number (if applicable) | APM873 |

**Signature** | R. Robertson - in pro per | **Date** | 5-30-2023 |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 24                                                    *New 12/01/2018*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 27. Motion for** | Appointment of Counsel (Supplemental) |

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf*

**9th Cir. Case Number(s)** | 22-15579 |

**Case Name** | Babu, et. al. (Plaintiffs-Appellees) v. Robertson (Objector-Appellant) |

**Lower Court or Agency Case Number** | 18-cv-07677NC, N.D. Ct. |

**What is your name?** | Reginald Robertson - Objector/Appellant |

1. **What** do you want the court to do?

   Objector-Appellant, Robertson moves for Appointment of Counsel.

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   1. Appointment of Counsel shall aid the Court in review of the issues contained in appellant's appeal, based on Robertson's lack of legal training.
   2. Objector-Appellant, Robertson is a pretrial-detainee scheduled for appearance in preliminary-hearing, a critical stage of criminal-proceedings (June, 2023).
   3. Based on indigency, appointment of Counsel is requested - 28 U.S.C., 1915(e)(1).

Your mailing address:

| R. Robertson - APM873, 5325 Broder Blvd. |

**City** | Dublin, CA | **State** | CA | **Zip Code** | 94568-3309 |

**Prisoner Inmate or A Number (if applicable)** | APM873 |

**Signature** | R. Robertson - in pro per | **Date** | 5-30-2023 |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 27 *New 12/01/2018*