22-15275

Case Nos. 22-15275, 22-15355, 22-15363, 22-15579

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ASHOK BABU, ET AL.,

Plaintiffs-Appellees,

v.

KEENAN G. WILKINS, AKA NERRAH BROWN,

Objectors-Appellant


AMERICAN FRIENDS SERVICE COMMITTEE, ET AL.,

Objectors-Appellants,

v.

GREGORY J. AHERN, SHERIFF, ET AL.,
Defendants-Appellees.


Appeal From The United States District Court,
Northern District of California
Case No. 5:18-cv-07677-NC
Magistrate Judge Nathanael Cousins


OBJECTOR-APPELLANTS REQUEST FOR
JUDICIAL NOTICE


KEENAN WILKINS
Appellant
California Health Care Facility
P.O. Box 213040
Stockton, CA 95213

Pursuant to Federal Rule of Evidence 201, Appellant respectfully requests that the Court take Judicial Notice of the following document in support of his Reply Brief:

Exhibit A- Copy of Letter from Deputy District Attorney Anne Kammer acknowledging that Appellant is actively in Penal Code 1170 (1172.1) proceedings for resentencing that will return him back to the Santa Rita Jail.

This document discredits Appellees contention that Appellant will not be returning to the County Jail and lacks objector standing.

As such, Appellant respectfully requests that his request for judicial notice be granted.

Dated: 7.10.23

Respectfully Submitted,

Keenan Wilkins
Objector-Appellant

**ROB BONTA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101
P.O. BOX 85266
SAN DIEGO, CA 92186-5266

Public: (619) 738-9000
Telephone: (619) 321-5781
Facsimile: (619) 645-2581
E-Mail: Anne.Kammer@doj.ca.gov

September 29, 2022

Keenan Wilkins
CDCR No. AN-2387
California Health Care Facility - Stockton
P.O. Box 213040
Stockton, CA 95213

RE: *Wilkins v. Gipson, et al.*
E.D. Cal. No. 2:19-cv-01469 JAM CKD

Dear Mr. Wilkins,

I write to let you know that I received your recent voice message and, with the litigation coordinator's assistance, I have scheduled a telephone call with you on October 7, 2022 at 12:00 noon. I was advised this was the earliest available time and date to schedule a call. In the meantime, I wanted to update you regarding my progress in assessing your settlement requests and working towards a mutually agreeable resolution of this action. I inquired regarding your eligibility for CDCR's Recall and Resentencing Referral Program. I was advised that you are eligible and, on August 23, 2022, CDCR sent the Conviction Review Team at the Alameda District Attorney's Office documentation to support a request for resentencing under California Penal Code § 1170. I also worked with staff at CHCF, including your assigned correctional counselor, to schedule an IDTT and the mental health evaluation that you requested. I have been advised that you will be scheduled for an evaluation within the next two weeks.

With respect to the monetary aspect of your settlement demand, I have been advised that any settlement funds must be paid directly to you. I confirmed with CDCR that this is non-negotiable and is not unique to your case; it is a general policy. Accordingly, I wanted to give you fair notice that your request to pay any settlement funds to an individual other than yourself cannot be accommodated. I hope this does not foreclose our ability to resolve this action amicably. We can discuss further on October 7. I look forward to speaking with you then.

Sincerely,

*Anne M. Kammer*

ANNE M. KAMMER
Deputy Attorney General

For ROB BONTA
Attorney General

SA2021300389

# PROOF OF SERVICE

I, KEENAN WILKINS, DECLARE:

On 7-10-23 I gave CDCR officer envelopes containing:

1. Appellant's Reply Brief

2. Appellant's Request For Judicial Notice

Ashok Babu et al v Gregory Ahern, et al

No. 22-15275, No. 22-15355, No. 22-15363, & No. 22-15579

Dist Ct No. 5:18-cv-07677

ADDRESSED TO:

1. Gregory B. Thomas, ESQ
   Burke Williams & Sorensen, LLP
   1901 Harrison Street Ste. 900
   Oakland, CA 94612-3501

2. Samantha D. Wolff ESQ.
   Hanson Bridgett LLP
   425 Market St 26th Fl
   SF, CA 94105

3. Office of the Clerk
   US Ct of App Ninth Cir.
   P.O. Box 193939
   San Francisco, CA 94119-3939

FOR OUTGOING US POSTAL MAIL

I declare this is true under penalty of perjury.

Executed this 10th Day of July 2023 at Stockton, California

Keenan Wilkins
Appellant/Declarant