**FILED**

**JUL 18 2023**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ASHOK BABU; ROBERT BELL; IBRAHIM KEEGAN-HORNSBY; DEMAREA JOHNSON; BRANDON JONES; STEPHANIE NAVARRO; ROBERTO SERRANO; ALEXANDER WASHINGTON, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> KEENAN G. WILKINS, AKA Nerrah Brown, <br><br> Objector-Appellant, <br><br> v. <br><br> GREGORY J. AHERN, Sheriff; in his official capacity as Sheriff of the Alameda County Sheriffs Office; CAROL BURTON, in her official capacity as Interim Director of the Alameda County Behavioral Health Care Services Agency; KARYN L. TRIBBLE, in her official capacity as Director of the Alameda County Behavioral Health Care Services Agency; COUNTY OF ALAMEDA, <br><br> Defendants-Appellees, <br><br> and | No. 22-15275 <br><br> D.C. No. 5:18-cv-07677-NC Northern District of California, San Jose <br><br> ORDER |

ANDRE GRIFFIN; RAYANN KRUM; CHRISTOPHER MOSS; TREVOR SPINGOLA; FRANKIE PORCHER; ROBERT ABEYDA; ALFONSO ARROYO; JOHNEY DAVIS,

Defendants.

---

ASHOK BABU; ROBERT BELL; IBRAHIM KEEGAN-HORNSBY; DEMAREA JOHNSON; BRANDON JONES; STEPHANIE NAVARRO; ROBERTO SERRANO; ALEXANDER WASHINGTON,

Plaintiffs-Appellees,

v.

TYLER ABBOTT; ANTHONY AARON; ROBERT ABEYTA; DAYNA ALEXANDER; RAS ALLEN; ANDREW ANCHONDO; EARL ANTHONY; NICHOLAS ARANDA; TIARA ARNOLD; ALFONSO ARROYO; GEORGE BANKS; RONALD BARRON; SHAWANDA BLACK; AVANTE BRADLEY; URSELL BRANDON; NICOLE BRATTON; JASON BROWN; JEFFREY BRYDEN; BRANDON BURNS; HAMLETT CARRERO; MICHAEL CASTILLO; JOSHUA CHAVEZ; CARLTON COLEMAN; JOHNEY DAVIS; DASHAUNA DE

No. 22-15355

D.C. No. 5:18-cv-07677-NC
Northern District of California, San Jose

2

MARTRA; MIRANDA DEVLIN; J. DOE; ROBERT DOLPH; ALAN DRISCOLL; NICOLE ELMORE; WILLIAM EPTING; LIPINE FAAFIU; ADRIANA FALCON; EARL FOWLER; JACOBI GAINES; ELEAZAR GARCIA; OSCAR GARCIA; JOSEPH GASKINS; OSVALDO GIL; JONATHAN GLOEDE; DANIEL GONZALEZ; ANDRE GRIFFIN; KENT HARRIS; RANDY R. HARRIS; STEPHEN M. HEAD; RAFAEL HERRERA; DARRYL HICKMAN; RICHARD HILL; ALEXANDER INGUANZO; ALBERT JONES; DAMON L. JONES; KATRISH JONES; LEONARD JONES; TERRANCE JONES; DARNELL KENT; RAYANN MARIE KRUM; MICHAEL LOCKHART; JAMES E. MALLETT; GLENN MARTE; DAVID MARTIN; KEVIN LEE MCCULLOM; WALTER MCDUFFIE; JORGE MEJIA; ISMAEL MENDOZA; KEVIN MILLER; DAVID MISCH; JACLYN MOHRBACHER; APRIL MORROW; CHRISTOPHER MOSS; RICHARD MYERS; RONALD NALLS; TOMMY NAVARRETTE; JAMES PACE; ROBERT PAIGE; TANEASHA PARISH-SAUCER; MELISSA PEREZ; TIMOTHY PHILLIPS; MATTHEW PIERCE; FRANKIE PORCHER; DAHRYL LAMONT REYNOLDS; ISAIAH RICHARD; ZACHARY RIDEAUX; WILLIAM RIEDY; JOE ROBINSON; MARIUS ROBINSON; TREVOR SIMPSON; STEVEN SMITH; JAMES SPINGOLA; JOSEPH TABRON;

PILAAR THOMAS; TIMOTHY N. THOMPSON; TYLER UNDERWOOD; MARTIN TREVINO VARGAS; DAVID VIGIL; TREVOR GEORGE WALSH; JAYLYNN WALTON; ERIC L WAYNE; LAMONT D. WILLIAMS; LINDSAY WILLIAMS; PATRICIA WILLIAMS; SERGIO WILLAMS; TASHAWN WILLIAMS; ABRAHAM WILSON; OTIS WYATT; JOVAN ZACHARY; LEANNA ZAMORA,

        Objectors-Appellants,

 v.

GREGORY J. AHERN, Sheriff; in his official capacity as Sheriff of the Alameda County Sheriffs Office; CAROL BURTON, in her official capacity as Interim Director of the Alameda County Behavioral Health Care Services Agency; KARYN L. TRIBBLE, in her official capacity as Director of the Alameda County Behavioral Health Care Services Agency; COUNTY OF ALAMEDA,

        Defendants-Appellees,

 and

ANDRE GRIFFIN; RAYANN KRUM; CHRISTOPHER MOSS; TREVOR SPINGOLA; FRANKIE PORCHER; ROBERT ABEYDA; ALFONSO ARROYO; JOHNEY DAVIS,

| | |
|---|---|
| Defendants. | |
| ASHOK BABU; ROBERT BELL; IBRAHIM KEEGAN-HORNSBY; DEMAREA JOHNSON; BRANDON JONES; STEPHANIE NAVARRO; ROBERTO SERRANO; ALEXANDER WASHINGTON,<br><br>      Plaintiffs-Appellees,<br><br> v.<br><br>AMERICAN FRIENDS SERVICE COMMITTEE; CRITICAL RESISTANCE; LEGAL SERVICES FOR PRISONERS WITH CHILDREN; NATIONAL ALLIANCE ON MENTAL ILLNESS; NATIONAL LAWYERS GUILD, San Francisco,<br><br>      Objectors-Appellants,<br><br> v.<br><br>GREGORY J. AHERN, Sheriff; in his official capacity as Sheriff of the Alameda County Sheriffs Office; CAROL BURTON, in her official capacity as Interim Director of the Alameda County Behavioral Health Care Services Agency; KARYN L. TRIBBLE, in her official capacity as Director of the Alameda | No.   22-15363<br><br>D.C. No. 5:18-cv-07677-NC<br>Northern District of California, San Jose |

County Behavioral Health Care Services Agency; COUNTY OF ALAMEDA,

       Defendants-Appellees,

and

ANDRE GRIFFIN; RAYANN KRUM; CHRISTOPHER MOSS; TREVOR SPINGOLA; FRANKIE PORCHER; ROBERT ABEYDA; ALFONSO ARROYO; JOHNEY DAVIS,

       Defendants.

---

ASHOK BABU; et al.,

       Plaintiffs-Appellees,

 v.

REGINALD ROBERTSON,

       Objector-Appellant,

 v.

GREGORY J. AHERN, Sheriff; et al.,

       Defendants-Appellees,

and

No. 22-15579

D.C. No. 5:18-cv-07677-NC
Northern District of California,
San Jose

ORDER

ANDRE GRIFFIN; et al.,

        Defendants.

Appellant's motion for appointment of counsel is denied.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT